B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  **Claudio Eleazar Osorio,**
**Amarilis Moran Osorio**

Case No. ___**11-17075**___

_____ ,
Debtors

Chapter _____**11**_____

# SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 13,000,000.00 | | |
| B - Personal Property | Yes | 5 | 22,081,290.97 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 10,964,432.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 6 | | 2,871,938.30 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 0.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 71,192.33 |
| Total Number of Sheets of ALL Schedules | | 21 | | | |
| Total Assets | | | 35,081,290.97 | | |
| Total Liabilities | | | | 13,836,370.30 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Southern District of Florida

In re  **Claudio Eleazar Osorio,**
         **Amarilis Moran Osorio**

Case No. _____**11-17075**_____

Chapter _____**11**_____

_____,
                                    Debtors

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6B (Official Form 6B) (12/07)

.

In re **Claudio Eleazar Osorio,**                                Case No.   **11-17075**
            **Amarilis Moran Osorio,**

                                       Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | J | 2,000.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Citibank NA - Checking Account No. xxxxxx1755** | J | 13,491.00 |
| | | **Wells Fargo - Checking Account No. xxxxxx9144** | J | 405.17 |
| | | **Royal Bank - Checking Account No. xxx8351** | J | 14,000.00 |
| | | **Citibank - Checking Account No. xxxxxxxxxxxxxxxxxx1893** | J | 1,500.00 |
| | | **HSBC - Checking Account No. xxxxxxxx3838** | J | 1,000.00 |
| | | **Bank of America Checking, xxxxxxxxxxxx5838** | H | 500.00 |
| | | **Wachovia Bank, Checking Acct xxxxxxxxxxxx5328** | H | 1,000.00 |
| | | **UAB Bank, Checking xxxxxxxxxx3019** | H | 1,000.00 |
| | | **HSBC Checking, xxxxxxxx9001** | H | 0.00 |
| | | **Wachovia Joint Account No. xxxxxxxx8481: i/n/o Amarilis' mother and Amarilis Moran Osorio. Mother's funds.  Joint account for estate planning - alleged garnishment lien** | J | 20,000.00 |
| | | **Suntrust Checking: xxxxxxxxx6152** | J | 2,925.78 |
| | | **Citibank, N.A.:Joint Account No. xxxxxx8226 i/n/o Amarilis' mother and Amarilis Moran Osorio. Mother's funds.  Joint account for estate planning - alleged garnishment lien** | J | 5,022.00 |
| | | **Wachovia Joint Account No. xxxxxxxx8465: i/n/o Amarilis' mother and Amarilis Moran Osorio. Mother's funds.  Joint account for estate planning - alleged garnishment lien** | J | 105.00 |

                                                        Sub-Total >      **62,948.95**
                                              (Total of this page)

  __4__   continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Claudio Eleazar Osorio,**                                      Case No.    __11-17075__
          **Amarilis Moran Osorio**
                                                                    ,
                                          Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Citibank, N.A.:Joint Account No. xxxxxxx991 i/n/o Amarilis' mother and Amarilis Moran Osorio. Mother's funds.  Joint account for estate planning - alleged garnishment lien** | J | 3,712.00 |
| | | **Citibank, N.A.:Joint Account No. xxxxxxx821 i/n/o Nicolas (son) and Amarilis Moran Osorio. Nicolas' funds.  Alleged garnishment lien.** | J | 528.00 |
| | | **Citibank, N.A.:Joint Account No. xxxxxx818 i/n/o Isabela (daughter) and Amarilis Moran Osorio. Daughter's funds.  Alleged garnishment lien** | J | 3,674.00 |
| | | **Citibank, N.A.: Checking Account No. xxxxxxx669 i/n/o Megan Osorio (daughter), Amarilis Moran Osorio, as Guardian. Daughter's funds.  Not garnished.** | - | 4,240.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Deposit with AT&T for telephone service** | J | 1,000.00 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **15 Star Island Drive, Miami Beach, FL** | J | 50,000.00 |
| | | **Swiss apartment** | J | 10,000.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **Art - Main Residence** | J | 50,000.00 |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | | **Jewelry, watches** | J | 75,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >             198,154.00
(Total of this page)

Sheet  __1__  of  __4__  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Claudio Eleazar Osorio,**                                    Case No. ___**11-17075**___
         **Amarilis Moran Osorio**
_____ ,
                                Debtors

## SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11.  Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s).  11 U.S.C. § 521(c).) | X | | | |
| 12.  Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13.  Stock and interests in incorporated and unincorporated businesses. Itemize. | | Innovida Shares: 529,841,200 Class A; 49,000,000 Class B | J | 15,918,000.00 |
| | | Mountain Homes LLC | J | 500,000.00 |
| | | Clamo LLC owns 49,000,000 shares of Innovida, Class B | J | 1,347,000.00 |
| | | NIM LLC  owns 529,841,200 shares of Innovida, Class A | J | 1,453,000.00 |
| | | 57,931,700 of shares of Innovida, Class A | H | 1,593,000.00 |
| | | Canim LLC owns 263,227,100 shares of Innovida, Class B.  Of these 230,000,000 are being held on behalf of Core Development, LLC.  Core Development LLC is owned by Engin Wesil. | H | 913,000.00 |
| | | Canim Management, Inc. | H | 0.00 |
| | | Las Vegas, Inc.- General Partner of Pilban | W | 0.00 |
| | | Pilban LLP, 1% owned by Las Vegas, Inc.; 70% owned by Amerilis Osorio Irrevocable Trust (Insurance Trust) - 29% owned by Debtors' Children. | J | 0.00 |
| | | Tahai Ltd - Inactive Cayman Co.- Jointly owned with third party company | J | 0.00 |
| | | Clade Ltd.- Inactive | H | 800.00 |
| | | MBLP, LLC, a Del Limited Liability Co. | H | 2,000.00 |
| | | Miami Worldwide Partners, Inc. | H | 5,000.00 |

Sub-Total >           **21,731,800.00**
(Total of this page)

Sheet __**2**__ of __**4**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Claudio Eleazar Osorio,**
       **Amarilis Moran Osorio**

Case No.    **11-17075**

_____,
Debtors

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Sale of automobile to Braman Motors, Inc.** | J | 13,388.02 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |

Sub-Total >    **13,388.02**
(Total of this page)

Sheet __3__ of __4__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  **Claudio Eleazar Osorio,**
      **Amarilis Moran Osorio**

                                        ,
               Debtors

Case No.   **11-17075**

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | | **34 Ft  2002 Sea Ray Motor Boat** | **H** | **75,000.00** |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **75,000.00** |
| (Total of this page) | |
| Total > | **22,081,290.97** |

(Report also on Summary of Schedules)

Sheet   **4**   of   **4**   continuation sheets attached
to the Schedule of Personal Property

B6D (Official Form 6D) (12/07)

In re   **Claudio Eleazar Osorio,**                   Case No.   **11-17075**
       **Amarilis Moran Osorio,**

Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS - AMENDED

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **xxxxxxxxxx3239**<br><br>**Bank of America**<br>**P.O. Box 851001**<br>**Dallas, TX 75285-1001** | | J | **34 Ft  2002 Sea Ray Motor Boat**<br><br>Value $      **75,000.00** | | | | **92,000.00** | **17,000.00** |
| Account No. **xxx0240**<br><br>**BankUnited**<br>**Mrtgage Payment Division**<br>**P.O. Box 538613**<br>**Atlanta, GA 30353-8613** | | J | **2004**<br><br>**First Mortgage**<br><br>**15 West Star Island Drive, Miami Beach, FL 33139 - Purchased 1998**<br>Value $      **12,000,000.00** | | | | **5,006,854.00** | **0.00** |
| Account No. **xxxxx8559**<br><br>**BankUnited**<br>**Mrtgage Payment Division**<br>**P.O. Box 538613**<br>**Atlanta, GA 30353-8613** | | J | **Home Equity Loan**<br><br>**15 West Star Island Drive, Miami Beach, FL 33139 - Purchased 1998**<br>Value $      **12,000,000.00** | | | | **1,853,078.00** | **0.00** |
| Account No.<br><br>**Chris Korge**<br>**c/o Kendall Coffey**<br>**Coffey Burlington**<br>**2699 S Bayshore Dr Ph**<br>**Miami, FL 33133** | | J | **Garnishment Liens**<br>**Garnishments on: Citibank Checking 1755 & 8226 & 991 & 821 & 818; Wells Fargo Checking 9144; Wachovia Checking 5328 & 8481 & 8465; Bank of America Checking 5838; SunTrust Checking 6152;**<br>Value $      **87,709.00** | | | | **4,012,500.00** | **3,924,791.00** |

|  |  |  |
|---|---|---|
|   **0**   continuation sheets attached | Subtotal<br>(Total of this page) | **10,964,432.00** | **3,941,791.00** |
| | Total<br>(Report on Summary of Schedules) | **10,964,432.00** | **3,941,791.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                        Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re  **Claudio Eleazar Osorio,**                                                    Case No.  **11-17075**
        **Amarilis Moran Osorio,**
                                                    Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Akerman Senterfitt** 350 E Las Olas Blvd, No 1600 Fort Lauderdale, FL 33301 | J | | | Legal Services.  Disputed because Debtors do not know what part of fee is corporate vs. personal. | | | X | 65,000.00 |
| Account No. **All In One Group** 182 East 57 St. Miami, FL 33133 | J | | | Services | | | X | 1,600.00 |
| Account No. xxxxxxxxxxx-3005 **American Express - Costco** PO 360002 Fort Lauderdale, FL 33336 | | W | | Credit Card | | | | 4,750.61 |
| Account No. xxxx-xxxxxx-x3004 **American Express Business Platinum** PO 360002 Fort Lauderdale, FL 33336 | | H | | Credit Card | X | | | 4,900.34 |

_5_  continuation sheets attached

Subtotal
(Total of this page)                    76,250.95

B6F (Official Form 6F) (12/07) - Cont.

In re  **Claudio Eleazar Osorio,**
       **Amarilis Moran Osorio**

Case No. ___**11-17075**___

_____,
Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxx-3003<br><br>American Express Centurion<br>P.O. Box 360001<br>Fort Lauderdale, FL 33336-0001 | | W | Credit Card | | | | 40,604.11 |
| Account No.<br><br>B Stone<br>95 Merrick Way, Suite 440<br>Miami, FL 33134 | | J | Accounting Services | | | | 8,500.00 |
| Account No. xxxxxxxxxxx-1634<br><br>Bank of America<br>P.O. Box 851001<br>Dallas, TX 75285-1001 | | W | Credit Card | | | | 24,168.82 |
| Account No. xxxxxxxxxxx-6705<br><br>Bank of America<br>P.O. Box 15710<br>Wilmington, DE 19886-5710 | | H | Credit Card | | | | 17,581.35 |
| Account No. xxxx-xxxx-xxxx-7358<br><br>Bank of America<br>P.O. Box 15102<br>Wilmington, DE 19886-5548 | | H | Credit Card | X | | | 27,854.30 |

Sheet no. _**1**_ of _**5**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

118,708.58

B6F (Official Form 6F) (12/07) - Cont.

In re **Claudio Eleazar Osorio,**
**Amarilis Moran Osorio**

Case No. ___**11-17075**___

Debtors
# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. **xx-xxx-xxx-847-2** | | | Credit Card | | | | |
| **Bloomingdales** **PO Box 183083** **Columbus, OH 43218-3083** | | W | | | | | 1,031.00 |
| Account No. **xxxxxxxxxxxx6831** | | | Credit Card | | | | |
| **Chase** **P.O. Box 15153** **Wilmington, DE 19886-5153** | | J | | | | | 468.43 |
| Account No. **xxxx-xxxx-xxxx-9274** | | | Credit Card | | | | |
| **Chase** **P.O. Box 15153** **Wilmington, DE 19886-5153** | | H | | X | | | 22,672.17 |
| Account No. **xxxx-xxxx-xxxx-6774** | | | Credit Card | | | | |
| **Citi Aadvantage** **PO Box 6062** **Sioux Falls, SD 57117** | | J | | | | | 42,735.83 |
| Account No. **xxxx-xxxx-xxxx-2384** | | | Unsecured Bank Credit Line | | | | |
| **Citi Flex Line** **PO Box 183113** **Columbus, OH 43218-3113** | | W | | | | | 8,270.44 |

Sheet no. __**2**___ of __**5**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

75,177.87

B6F (Official Form 6F) (12/07) - Cont.

In re  **Claudio Eleazar Osorio,**
       **Amarilis Moran Osorio**

Case No. ___**11-17075**___

Debtors

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xxxxxx1755**<br><br>**Citibank Checking Plus**<br>**Citbank Client Services**<br>**PO Box 769013**<br>**San Antonio, TX 78245-9013** | | J | Unsecured overdraft loan | | | | 25,286.44 |
| Account No. **xxxx-xxxx-xxxx-4660**<br><br>**Citibank Platinum Mastercard**<br>**PO Box 6062**<br>**Sioux Falls, SD 57117** | | J | Credit Card | | | | 7,190.37 |
| Account No.<br><br>**Edward Spath**<br>**C/o Dale F Webner, Esq.**<br>**Miller & Webner, P.A.**<br>**P.O. Box 266947**<br>**Fort Lauderdale, FL 33326** | | H | Post Judgment Dispute | | | X | 40,000.00 |
| Account No.<br><br>**Holland & Knight LLP**<br>**701 Brickell Ave., No. 3000**<br>**Miami, FL 33131** | | J | Legal Services.  Disputed because Debtors do not know what part of fee is corporate vs. personal. | | | X | 116,192.00 |
| Account No.<br><br>**Leafar Corp and Rafael de las Penas**<br>**1840 NW 95th Ave.**<br>**Miami, FL 33172** | | J | Contract | | | X | 0.00 |

Sheet no. __**3**__ of __**5**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

188,668.81

B6F (Official Form 6F) (12/07) - Cont.

In re **Claudio Eleazar Osorio,**                                        Case No. ___**11-17075**_____
     **Amarilis Moran Osorio**
                                                            ,
                              Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Jury Trial, Contested | | | | |
| **Marc Iacovelli and Intec Inc.** C/o Kluger Peretz Kaplan 201 S Biscayne Blvd Fl 17⬜⬜ Miami, FL 33131 | J | | | | | | X | 2,300,000.00 |
| Account No. | | | | Return of leased vehicle | | | | |
| **Maseriti Finance** 250 Sylvan Avenue Englewood Cliffs, NJ 07632 | W | | | | X | | | Unknown |
| Account No. | | | | Pool Service | | | | |
| **McGrath Property Services** 7521 NW 72nd Avenue Miami, FL 33166-2434 | J | | | | | | | 280.00 |
| Account No. xxxxxxxxxxxx9388 | | | | Credit Card | | | | |
| **Neiman Marcus** P.O. Box 5235 Carol Stream, IL 60197-5235 | W | | | | | | | 30,268.94 |
| Account No. | | | | Services | | | | |
| **P & G Landscaping** 7081 Taft Street, No 159 Hollywood, FL 33021 | J | | | | | | | 2,000.00 |

Sheet no. __**4**___ of __**5**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,332,548.94

B6F (Official Form 6F) (12/07) - Cont.

In re   **Claudio Eleazar Osorio,**
        **Amarilis Moran Osorio**

Case No.    **11-17075**

                       Debtors

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **xxxx-xxxx-xxxx-4249** | | | | **Credit Card** | | | | |
| **SonyCard** **P.O. Box 15153** **Wilmington, DE 19886-5153** | | J | | | | | | 17,039.65 |
| Account No. | | | | **Medical Services** | | | | |
| **University of Miami Hospital** **P.O. Box 740734** **Cincinnati, OH 45274-0743** | | W | | | | | | 246.50 |
| Account No. | | | | **Legal Services. Disputed because Debtors do not know what part of fee is corporate vs. personal.** | | | | |
| **Zarco Einhorn Salkowski & Brito, P.A.** **Miami Tower** **100SE 2nd Street, 27th Floor** **Miami, FL 33131** | | J | | | | | X | 63,297.00 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet no. __**5**__ of __**5**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 80,583.15 |
| Total (Report on Summary of Schedules) | | 2,871,938.30 |

B6G (Official Form 6G) (12/07)

.

In re   **Claudio Eleazar Osorio,**                       Case No.    **11-17075**
          **Amarilis Moran Osorio**

                                        Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES - AMENDED

    Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    ☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **ally**<br>**Payment processing Center**<br>**PO Box 78234**<br>**Phoenix, AZ 85062-8234** | **Lease of Cadillac SUV, Acct xxxxxxxx4035** |
| **Mercedes Benz Financial**<br>**P.O. Box 9001680**<br>**Louisville, KY 40290-1680** | **Lease of Mercedes 500x, Acct No. xxxxxx9514** |
| **Southeast Toyota**<br>**P.O. Box 70831**<br>**Charlotte, NC 28272** | **Lease of Lexus RX 350; Lease No. xxxxxxx0521** |
| **Toyota Finance Services**<br>**19001 S. Western Avenue**<br>**Torrance, CA 90501** | **Lease of Toyota Corolla; Acct No. xxxxxxxxxxxx4565** |

**0**
    continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

| | |
|---|---|
| In re **Claudio Eleazar Osorio**<br>**Amarilis Moran Osorio** | Case No. **11-17075** |
| Debtor(s) | Chapter **11** |

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  **23**  sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **March 31, 2011**       Signature   **/s/ Claudio Eleazar Osorio**
                                           **Claudio Eleazar Osorio**
                                           Debtor

Date **March 31, 2011**       Signature   **/s/ Amarilis Moran Osorio**
                                           **Amarilis Moran Osorio**
                                           Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§  152 and 3571.

.

BankUnited
Mrtgage Payment Division
P.O. Box 538613
Atlanta, GA 30353-8613

Chris Korge
c/o Kendall Coffey
Coffey Burlington□□
2699 S Bayshore Dr Ph□□
Miami, FL 33133

Florida Department of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668

Internal Revenue Service
Insolvency Unit
P.O. Box 7346
Philadelphia, PA 19101-7346

Miami-Dade Tax Collector
140 West Flagler Street
Miami, FL 33130-1575

Akerman Senterfitt
350 E Las Olas Blvd, No 1600
Fort Lauderdale, FL 33301

All In One Group
182 East 57 St.
Miami, FL 33133

American Express - Costco
PO 360002
Fort Lauderdale, FL 33336

American Express Business Platinum
PO 360002
Fort Lauderdale, FL 33336

American Express Centurion
P.O. Box 360001
Fort Lauderdale, FL 33336-0001

B Stone
95 Merrick Way, Suite 440
Miami, FL 33134

Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

Bank of America
P.O. Box 15710
Wilmington, DE 19886-5710

Bank of America
P.O. Box 15102
Wilmington, DE 19886-5548

Bloomingdales
PO Box 183083
Columbus, OH 43218-3083

Chase
P.O. Box 15153
Wilmington, DE 19886-5153

Citi Aadvantage
PO Box 6062
Sioux Falls, SD 57117

Citi Flex Line
PO Box 183113
Columbus, OH 43218-3113

Citibank Checking Plus
Citbank Client Services
PO Box 769013
San Antonio, TX 78245-9013

Citibank Platinum Mastercard
PO Box 6062
Sioux Falls, SD 57117

Edward Spath
C/o Dale F Webner, Esq.
Miller & Webner, P.A.
P.O. Box 266947
Fort Lauderdale, FL 33326


Holland & Knight LLP
701 Brickell Ave., No. 3000
Miami, FL 33131


Leafar Corp and Rafael de las Penas
1840 NW 95th Ave.
Miami, FL 33172


Marc Iacovelli and Intec Inc.
C/o Kluger Peretz Kaplan
201 S Biscayne Blvd Fl 17□□
Miami, FL 33131


Maseriti Finance
250 Sylvan Avenue
Englewood Cliffs, NJ 07632


McGrath Property Services
7521 NW 72nd Avenue
Miami, FL 33166-2434


Neiman Marcus
P.O. Box 5235
Carol Stream, IL 60197-5235


P & G Landscaping
7081 Taft Street, No 159
Hollywood, FL 33021


SonyCard
P.O. Box 15153
Wilmington, DE 19886-5153


University of Miami Hospital
P.O. Box 740734
Cincinnati, OH 45274-0743

Zarco Einhorn Salkowski & Brito, P.A.
Miami Tower
100SE 2nd Street, 27th Floor
Miami, FL 33131


ally
Payment processing Center
PO Box 78234
Phoenix, AZ 85062-8234


Mercedes Benz Financial
P.O. Box 9001680
Louisville, KY 40290-1680


Southeast Toyota
P.O. Box 70831
Charlotte, NC 28272


Toyota Finance Services
19001 S. Western Avenue
Torrance, CA 90501


Maria Moran de Alvarez
Tercera Venida
Quinta Amarilis
La Boyera
Caracas, VZ

# UNITED STATES BANKRUPTCY COURT

Southern District of Florida

www.flsb.uscourts.gov

In Re:
**Claudio Eleazar Osorio**
**Amarilis Moran Osorio**

Case Number **11-17075**
Chapter **11**

_____ Debtor(s)    /

## AMENDED
## DECLARATION UNDER PENALTY OF PERJURY TO ACCOMPANY PETITIONS, SCHEDULES AND STATEMENTS FILED ELECTRONICALLY

*Note: This declaration must be filed with each electronically filed initial petition or amended petition and must contain the imaged signature of the debtor. This declaration must also be filed with an initial schedule, SFA, Statement of Social Security Number, or Statement of Current Monthly Income (OBF 22) not filed with the initial petition or any amended schedules, SFA, Statement of Social Security Number, and/or Statement of Current Monthly Income (OBF 22) unless these documents contain an imaged signature of the debtor(s).*

**Check all documents that apply to this declaration**

| | | | |
|---|---|---|---|
| ■ Voluntary petition signed by me on | **March 31, 2011** | ☐ Amended voluntary petition signed by me on | |
| ■ Schedules signed by me on | **March 31, 2011** | ☐ Amended schedules signed by me on | |
| ■ Statement of Financial Affairs signed by me on | **March 31, 2011** | ☐ Amended Statement of Financial Affairs signed by me on | |
| ■ Statement of Social Security Number(s) signed by me on | **March 31, 2011** | ☐ Amended Statement of Social Security Number(s) signed by me on | |
| ■ Statement of *Current Monthly Income (OBF 22)* signed by me on | **March 31, 2011** | ☐ Amended Statement of *Current Monthly Income (OBF 22)* signed by me on | |

I, _____**Claudio Eleazar Osorio and Amarilis Moran Osorio**_____ , the undersigned debtor(s) **hereby declare under penalty of perjury as follows:**

1.    I have reviewed and signed the original(s) of the document(s) identified above and the information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

2.    I understand that Verified Document(s) filed in electronic form shall be treated for all purposes (both civil and criminal, including penalties of perjury) in the same manner as though signed or subscribed.

3.    I understand that the Verified Document(s) will be filed by my attorney in electronic form in connection with the above captioned case and that I have received and reviewed copies of the Verified Document(s) I have signed.

4.    I understand that my attorney is required by the court to retain the original signed Verified Document(s) for five years from date of discharge, dismissal or the conclusion of any pending appeals in this case and provide these documents to the court upon request at any time.

_____
**Signature of Debtor**
**(If non individual, authorized corporate representative)**

_____
**Signature of Joint Debtor (if applicable)**

**Claudio Eleazar Osorio**
_____
**Print or Type Name (and title if applicable)**

**Amarilis Moran Osorio**
_____
**Print Name**

**Geoffrey S Aaronson 349623**
_____
**Print or Type Name of Attorney for Debtor**

**786.594.3000**
_____
**Phone:**

# United States Bankruptcy Court
## Southern District of Florida

In re   **Claudio Eleazar Osorio**
       **Amarilis Moran Osorio**                           Case No.   **11-17075**

                                       Debtor(s)            Chapter   **11**

## DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, or 1019. I certify that:

[ **x** ]    The paper filed **adds** creditor(s) as reflected on the attached list (include name and address of each creditor being added). I have:
1.    remitted the required fee (unless the paper is a Bankruptcy Rule 1019 (5) report);
2.    provided the court with a supplemental matrix diskette **containing only the added creditors** or electronically uploaded the added creditors in CM/ECF;
3.    provided notice to affected parties, including service of a copy of this notice and a copy of the § 341 or post conversion meeting notice [Local Rule 1009-1(D)(2)]; and
4.    filed an amended schedule(s) and summary of schedules.

[ ]    The paper filed **deletes** a creditor(s) as reflected on the attached list (include name and address of each creditor being deleted). **I have:**
1.    remitted the required fee;
2.    provided notice to affected parties; and
3.    filed an amended schedule(s) and summary of schedules.

[ **x** ]    The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the attached list. **I have:**
1.    provided notice to affected parties, including service of a copy of this notice and a copy of the § 341 or post conversion meeting notice [Local Rule 1009-1(D)(2)]; and
2.    filed an amended schedule(s) or other paper.

[ ]    The paper filed **corrects** schedule D, E or F amount(s) or classifications(s). **I have:**
1.    remitted the required fee;
2.    provided notice to affected parties; and
3.    filed an amended schedule(s) and summary of schedules.

[ ]    None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It ☐ does ☐ does not require the filing of an amended schedule and summary of schedules.

I also certify that, if required to be filed by the Bankruptcy Rules, the official form "Declaration Concerning Debtor's Schedules" has been signed by each debtor as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B) and, if filed electronically without imaged signatures, a local form "Declaration Under Penalty of Perjury to Accompany Petitions, Schedules and Statements Filed Electronically" accompanied the filing of the document.

Dated:  **March 31, 2011**

**/s/ Geoffrey S Aaronson**                            /s/ Geoffrey S Aaronson

Attorney for Debtor (or Debtor, if pro se)          Joint Debtor (if applicable)

                                                 **Miami Tower**
                                                 **100 SE 2nd Street, 27th Floor**
                                               **Miami, FL 33131**

**Geoffrey S Aaronson**

Print Name                                  Address

                                                 **786.594.3000 Fax: 305.675.3880**

**349623**                                        **gaaronson@aspalaw.com**

Florida Bar Number                           Phone Number

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                 Best Case Bankruptcy