UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No.: 11-17075-BKC-RAM
                                                          (substantively consolidated)
CLAUDIO ELEAZAR OSORIO, et al.,                           Chapter 7

            Debtors.

_____/

**TRUSTEE'S MOTION FOR APPROVAL OF COMPROMISE
AND SETTLEMENT WITH GULAMABBAS M. JAFFER**

> **Any interested party who fails to file and serve a
> written response to this motion within 21 days
> after the date of service stated in this motion
> shall, pursuant to Local Rule 9013-1(D), be
> deemed to have consented to the entry of an
> order in the form attached to this motion.  Any
> scheduled hearing may then be cancelled.**

Soneet R. Kapila, as Chapter 7 trustee ("***Trustee***") for the substantively consolidated
estates of Claudio and Amarilis Osorio (collectively, the "***Osorios***"), Innovida Holdings, LLC
("***Innovida***"), Innovida Services, Inc. ("***Services***"), Innovida Southeast, LLC ("***Southeast***"), and
Innovida MRD, LLC ("***MRD***") (collectively, Holdings, Southeast, Services, and MRD are
referred to as the "***Innovida Debtors***," and collectively with the Osorios, the "***Debtors***"), by and
through undersigned counsel and pursuant to Bankruptcy Rules 9019 and 2002(a)(3) and Local
Rule 9013-1(D), seeks an Order from this Court approving a settlement of claims against
Gulamabbas M. Jaffer ("***Mr. Jaffer***" or the "***Judgment Debtor***").  In support, the Trustee states:

**I.    Background**

1.    Innovida was the holding company, corporate parent and main shareholder of
numerous other Innovida companies, including the other Innovida Debtors.

1

2.      The Osorios were shareholders of Innovida.  Mr. Osorio was also the president and self-described "key man" of Innovida.

3.      Prepetition, Innovida purportedly was formed to manufacture building solutions that would bridge the gap between energy efficiency, affordability and high quality. Using their proprietary technology, Innovida would manufacture Fiber Composite Panels (FCP) to be used to build residential, commercial, government, military, globally relevant structures without the use of cement, steel or wood and with significant savings in cost to build, time to build and energy cost to operate.

4.      On March 17, 2011, the Osorios filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code.

5.      On March 24, 2011, the Innovida Debtors filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code.

6.      On December 16, 2011, this Court entered its Order Denying Approval of Debtors' Disclosure Statement and Converting Cases [ECF No. 393] ("**Conversion Order**"). The Conversion Order converted both the Osorios' Chapter 11 cases and the Innovida Debtors' Chapter 11 cases to Chapter 7.

7.      On December 16, 2011, the Trustee was appointed Chapter 7 trustee for the Innovida Debtors, and Chapter 7 trustee for the Osorios.

8.      On July 26, 2012, this Court substantively consolidated the bankruptcy estates of the Debtors [ECF No. 590].

9.      On March 14, 2013, the Trustee brought an adversary case against Mr. Jaffer, Adv. Case No. 13-01222-RAM (**"Jaffer Adv."**), which resulted in the entry of an amended final judgment on November 15, 2013, in favor of the Trustee and against Mr. Jaffer in the sum of

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

$428,025.34, with interest accruing thereon from the date of the final judgment (the "***Final Judgment***")[Jaffer Adv. ECF No. 32].

10.     On November 17, 2016, the Trustee filed his Final Report [ECF No. 1528], and on September 12, 2018, the Court entered the Final Decree [ECF No. 1542] closing the cases. The Trustee reserved the Final Judgment in the Final Report because the Final Judgment remained unsatisfied at the time of the Final Report's filing.

11.     In early 2024, the Trustee learned that Mr. Jaffer may have assets to satisfy the Final Judgment.  Accordingly, and after consultation with the United States Trustee's Office (***"USTO"***), the USTO filed its Ex-Parte Motion to Reopen Cases and for Appointment of a Trustee (the ***"Motion to Reopen"***)[ECF No. 1543].

12.     On October 9, 2024, the Court entered its Order Granting the Motion to Reopen [ECF No. 1544], and the Trustee was reappointed as the Chapter 7 trustee in these cases.

13.     On November 14, 2024, the Trustee instituted proceedings in Miami-Dade County state court to domesticate the Final Judgment, instituted proceedings supplementary, and obtained the issuance of a notice to appear directed to Mr. Jaffer's spouse in relations to the transfer (the ***"Transfer"***) of real property in Seminole County, Florida, from Mr. Jaffer to Mr. Jaffer and his spouse as joint tenants by the entirety (the "***State Court Action***").

14.     In late February 2025, the Trustee and Mr. Jaffer agreed to a settlement payment in exchange for satisfaction of the Final Judgment, subject to the Court's approval.

**II.     <u>Settlement</u>**

15.     The key aspects of the stipulation of settlement between the parties ("***Stipulation***") are the following:[1]

---

[1] A copy of the Stipulation is attached as <u>Exhibit 1</u>.  To the extent the terms of the Stipulation differ with the terms set forth in this Motion, the Stipulation shall control.

MELAND · BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

a)      In full and final settlement of the Final Judgment and the State Court Action, Mr. Jaffer shall pay (or cause to be paid to) the Trustee $428,025.34 (the "***Settlement Payment***") in cleared funds within 15 calendar days from the date the order approving the Stipulation is entered by this Court and becomes final and non-appealable.

b)      Mr. Jaffer shall not be entitled to any monetary distribution whatsoever from the Debtors' substantively consolidated estates, and he waives any 11 U.S.C. § 502(h) claim; and

c)      Upon entry of an order by this Court approving the Stipulation, and the receipt by the Trustee of the Settlement Payment, the Trustee agrees to voluntarily dismiss the State Court Action and file a satisfaction of the Final Judgment.

## III.    <u>Relief Requested</u>

16.      The Trustee seeks an Order from this Court approving the Stipulation.

17.      Federal Rule of Bankruptcy Procedure 9019 provides in relevant part that "[o]n motion . . . and after a hearing on notice to creditors; the debtor . . . and to such other entities as the Court may designate, the Court may approve a compromise or settlement."

18.      Approval of a settlement in a bankruptcy proceeding is within the sole discretion of the Court and will not be disturbed or modified on appeal unless approval or disapproval is an abuse of discretion. *In re Arrow Air*, 85 B.R. 891 (Bankr. S.D. Fla. 1988).

19.      The standards for approval are well-settled and require the Court to inquire into the reasonableness of the proposed settlement. *See, e.g., Protective Comm. for Indep. Stockholders of TMT Trailer Ferry, Inc. v. Anderson*, 390 U.S. 414, 424 (1968); *In re W.T. Grant Co.*, 699 F.2d 599, 608 (2d Cir. 1983); *Florida Trailer and Equip. Co. v. Deal*, 284 F.2d 567, 571 (5th Cir. 1960). The inquiry need only determine whether the settlement falls below the lowest point of the range of reasonableness. *See W.T. Grant Co.*, 699 F.2d at 608; *see also In re Martin*, 91 F.3d 389 (3rd Cir. 1996); *In re Louise's Inc.*, 211 B.R. 798 (D. Del. 1997) (setting forth considerations by the Court for approval of a settlement, including: (i) the probability of

4

success in litigation, (ii) the likely difficulties in collection; (iii) the complexity of the litigation involved, and the expense, inconvenience and delay necessarily attending it; and (iv) the paramount interest of the creditors).

20.    Based upon the above legal principles, the Trustee asserts that the Stipulation falls well above the lowest point of the range of reasonableness, and thus, should be approved.

*Probability of Success in Litigation*

21.    The Trustee, on behalf of the consolidated estate, believes he would be able to avoid Mr. Jaffer's Transfer of real property from himself to his wife as a fraudulent transfer and as a result collect the entire amount of the Final Judgment.

22.    However, Mr. Jaffer and his wife would assert numerous affirmative defenses, which the Trustee would need to litigate.

23.    Ultimately, the Trustee believes that he would likely succeed in prosecuting his causes of action.  Nonetheless, the Trustee acknowledges there are risks inherent in all litigation and a possibility that Mr. Jaffer and his wife could raise certain issues or defenses that potentially could impact the Trustee's claims.  However, and as discussed below, Mr. Jaffer is paying the full principal amount of the Final Judgment, which resolves any risk litigation to the Trustee.

*Collectability*

24.    The Trustee has not taken formal discovery on the issue of Mr. Jaffer's collectability.  However, the Stipulation provides payment in full of the principal amount of the Final Judgment.

*Complexity of Litigation and Attendant Expense, Inconvenience and Delay*

25.    This is a meaningful consideration that militates in favor of approval of the Stipulation.

5

26.     In sum, although many of the claims outlined above are typical claims litigated in Florida state court, they still require extensive fact (and possibly expert) discovery before a trial could take place.  Moreover, pursuing the Transfer would result in litigating tenancy by the entireties issues – which are often complicated.

27.     The Stipulation addresses these concerns.  By settling now, the parties avoid litigating fact-specific claims, with the attendant expense and delay of litigation being nullified.

28.     Moreover, concluding this litigation will facilitate the closure of this bankruptcy case, which is to the benefit of all creditors.

*Paramount Interest of Creditors*

29.     This result gives certainty to the estate and avoids the risk, expense and delay attendant with litigation.  As such, the Stipulation is in the paramount interest of the Debtors' creditors and should be approved.

**WHEREFORE**, the Trustee respectfully requests that this Court enter an Order (similar in form to the Order attached as Exhibit 2) (1) approving the Stipulation; and (2) granting such other relief this Court deems just and proper.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

MELAND | BUDWICK
3200 SOUTHEAST FINANCIAL CENTER | 200 SOUTH BISCAYNE BOULEVARD | MIAMI, FL 33131 | T 305-358-6363

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on April 2, 2025, via the Court's Notice of Electronic Filing upon the Registered Users listed on the attached Exhibit A and via electronic mail and U.S. Mail upon: William E. Barfield, Esq., William E. Barfield P.A., 225 S. Westmonte Drive Suite 2040, Altamonte Springs, Florida 32714, wbarfield@wbarfieldlaw.com and via U.S. Mail upon those parties listed on the attached Exhibit B[2].

s/Daniel N. Gonzalez
Daniel N. Gonzalez, Esq.
Florida Bar No. 592749
dgonzalez@melandbudwick.com
MELAND BUDWICK, P.A.
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Facsimile: (305) 358-1221
*Attorneys for the Trustee*

---

[2] "DUP" means that the address appears more than once on this exhibit and is only being served one time by mail.
"NEF" means that service was made by Notice of Electronic Filing as set forth on Exhibit A and is not being additionally served by mail.

7

## STIPULATION OF SETTLEMENT

This Stipulation of Settlement ("***Stipulation***") is entered into on March  31 , 2025, between Soneet R. Kapila, as Chapter 7 trustee (the "***Trustee***") for the substantively consolidated bankruptcy estates of Claudio and Amarilis Osorio (collectively, "***Osorios***"), Innovida Holdings, LLC ("***Holdings***"), Innovida Services, Inc. ("***Services***"), Innovida Southeast, LLC ("***Southeast***"), and Innovida MRD, LLC ("***MRD***") (collectively, Holdings, Services, Southeast, and MRD are referred to as the "***Innovida Debtors***," and collectively with the Osorios, the "***Debtors***"), and Gulamabbas M. Jaffer ("***Mr. Jaffer***" or the "***Judgment Debtor***"). The Trustee and Mr. Jaffer are at times individually referred to as a "***Party***" or collectively, the "***Parties***"). The terms of this Stipulation are as follows:

### RECITALS

WHEREAS, on March 17, 2011, the Osorio's filed a voluntary petition under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida ("***Bankruptcy Court***") [ECF No. 1].

WHEREAS, on March 24, 2011, the Innovida Debtors filed voluntary petitions under Chapter 11 of the United States Bankruptcy Code in the Bankruptcy Court;

WHEREAS, on December 16, 2011, the Court entered its Order Denying Approval of [Osorios]' Disclosure Statement and Converting Cases [ECF No. 393] and its Supplemental Order Converting Cases Under Chapter 11 to Case Under Chapter 7 [ECF No. 395];

WHEREAS, on December 16, 2011, Soneet R. Kapila was appointed the Chapter 7 trustee for the Innovida Debtors' estate, and Chapter 7 trustee for the Osorios' estate;

WHEREAS, on July 26, 2012, the Bankruptcy Court substantively consolidated the bankruptcy estates of the Debtors [ECF No. 590];

{03289940.DOCX.}

EXHIBIT 1

WHEREAS, the Trustee brought an adversary case against Mr. Jaffer, Adv. Case No. 13-01222-RAM, which resulted in the entry of a final judgment on November 18, 2023, in favor of the Trustee, and against Mr. Jaffer, in the sum of $428,025.34, with interest accruing thereon from the date of the final judgment (the "*Final Judgment*") [Adv. ECF 32];

WHEREAS, on November 14, 2024, the Trustee instituted proceedings in State Court to domesticate the final judgment, instituted proceedings supplementary, obtained the issuance of a notice to appear directed to Mr. Jaffer's spouse, in relations to the transfer of real property from Mr. Jaffer to Mr. Jaffer and his spouse as joint tenants by the entirety. (the "*State Court Action*"), seeking the avoidance and recovery of the said transfer;

WHEREAS, the Parties have engaged in discussions in an attempt to resolve the Final Judgment and the State Court Action;

WHEREAS, the Parties desire to settle amicably and promptly based upon the terms set forth below in this Stipulation; and

WHEREAS, the Parties believe that an amicable and prompt settlement is in the Parties' best interest and will avoid substantial costs of litigation.

NOW, THEREFORE, in consideration of the promises and covenants contained herein, the receipt and sufficiency of which is hereby acknowledged, the Parties enter into the following Stipulation under the following terms and conditions:

**Entire Agreement.** This Stipulation constitutes the entire agreement and understanding between the Parties with respect to the subject matter hereof and there are no other stipulations, agreements, representations, or warranties other than those specifically set forth herein. All prior agreements and understandings between the Parties concerning the subject matter hereof are superseded by the terms of this Stipulation.

{03289940.DOCX.}

**Settlement Payment.**  In full and final settlement of the final judgment and the State Court Action, Mr. Jaffer shall pay (or cause to be paid to) the Trustee $428,025.34 (the "*Settlement Payment*") in cleared funds within 15 calendar days from the date the order approving this Stipulation is entered by the Bankruptcy Court and becomes final and non-appealable.

**No entitlement to distribution.**  Mr. Jaffer agrees that he shall not be entitled to any monetary distribution whatsoever from the substantively consolidated estates of the Debtors.  Mr. Jaffer waives any 11 U.S.C. § 502(h) claim.

**Dismissal of State Court Action:** Upon entry of an order by the Bankruptcy Court approving this Stipulation, and the receipt by the Trustee of the Settlement Payment, the Trustee agrees to voluntarily dismiss the State Court Action, and file a satisfaction of the Final Judgment.

**Review/No Duress.**  Each of the Parties acknowledges that he, she or it has read all of the terms of this Stipulation, has had an opportunity to consult with counsel of his, her or its own choosing or voluntarily waived such right, and enters into those terms voluntarily and without duress.

**Attorneys' fees and costs.**  Each Party shall bear their own attorneys' fees and costs in connection with the negotiation of this Stipulation and motions and orders as may be necessary to obtain the approval of this Stipulation by the Bankruptcy Court; provided that that in the event of any litigation between the Parties under this Stipulation or arising as a result of a default under this Stipulation, the prevailing Party shall be entitled to reasonable attorneys' fees and costs related thereto, including, but not limited to, those incurred at all trial and appellate levels.

**No waiver of modification.**  This Stipulation and any of the specific items, covenants, and conditions contained herein, may not be waived, changed, altered or

{03289940.DOCX.}

modified except by an instrument in writing signed by the Party against whom enforcement of such change is sought.

**Effective date.**  This Stipulation shall be effective upon execution by all of the Parties hereto, subject only to approval of this Stipulation by final order of the Bankruptcy Court and payment of the Settlement Payment.  Upon it becoming effective, this Stipulation shall be binding on all of the Parties' successors or assigns.

**No effect.**  If the Bankruptcy Court does not approve this Stipulation, then the Stipulation shall be of no further force or effect, and the Parties shall be restored to their rights as they existed prior to the execution of this Stipulation.  Notwithstanding the foregoing, if the Bankruptcy Court does not approve this Stipulation because any of the Parties have failed to provide the Bankruptcy Court with adequate information to rule on the merits of the Stipulation, the Parties will use their best efforts to seek reconsideration of any order declining to approve the Stipulation, or to file an amended motion to approve the Stipulation.

**Controlling law.**  This Stipulation shall in all respects be construed in accordance with the laws of the State of Florida applicable to contracts made and to be performed wholly within the State of Florida and by Federal law to the extent the same has preempted the laws of the State of Florida.

**Counterparts.**  This Stipulation may be executed in any number of counterparts and by different parties hereto in separate counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same Stipulation.  Delivery of an executed counterpart of a signature page to this Stipulation by facsimile shall be effective as delivery of a manually executed counterpart of this Stipulation.

{03289940.DOCX.}

**Construction.** This Stipulation shall be deemed to have been jointly drafted by the Parties, and in construing and interpreting this Stipulation, no provision shall be construed and interpreted for or against any of the Parties because such provision or any other provision of the Stipulation as a whole is purportedly prepared or requested by such Party.

**Jurisdiction.** The Bankruptcy Court shall retain exclusive jurisdiction to enforce the terms of this Stipulation.

**STIPULATED AND AGREED TO BY:**

Date: 3 | 2 7 | 25

Soneet R. Kapila, Trustee

Date: 3/2 5/2025

Gulamabbas M. Jaffer

{03289940.DOCX.}

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                          Case No.: 11-17075-BKC-RAM
                                                (substantively consolidated)
CLAUDIO ELEAZAR OSORIO, et al.,                 Chapter 7

        Debtors.
_____ /

### ORDER GRANTING TRUSTEE'S MOTION FOR APPROVAL
### OF COMPROMISE AND SETTLEMENT WITH GULAMABBAS M. JAFFER

**THIS CAUSE** came before the Court upon the *Trustee's Motion for Approval of Compromise and Settlement with Gulamabbas M. Jaffer* [ECF No. ____] ("**Motion**").[1] The Court, having reviewed the Motion, and the movant by submitting this order having represented that the Motion was served on all parties required by Bankruptcy Rule 2002, Local Rules 2002-1, and 9013-1(D), that the 21-day response time provided by Local Rule 9013-1(D) has expired, that no

---

[1] All capitalized terms not defined in this Order shall have the meaning ascribed to such term as set forth in the Motion.

EXHIBIT 2

one has filed or served on the movant a response to the Motion, and that the form of order was

attached as an exhibit to the Motion, accordingly, it is:

**ORDERED** as follows:

1.    The Motion is **GRANTED**.

2.    The Settlement is **APPROVED**.

3.    Gulamabbas M. Jaffer shall pay $428,025.34 ("***Settlement Payment***") in cleared

funds within fifteen calendar days of the Court's entry of this Order.

4.    Upon receipt of the Settlement Payment, the Trustee is directed to voluntarily

dismiss the State Court Action and file a satisfaction of the Final Judgment.

5.    The Court retains jurisdiction to enforce or interpret this Order.

### ###

**Submitted By:**
Daniel N. Gonzalez, Esquire
Florida Bar No. 592749
dgonzalez@melandbudwick.com
MELAND BUDWICK, P.A.
Counsel for Trustee
3200 Southeast Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 358-6363
Telefax:    (305) 358-1221

**Copies Furnished To:**
Daniel N. Gonzalez, Esquire, is directed to serve copies of this Order on all parties in interest and
to file a Certificate of Service.

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- **Geoffrey S. Aaronson**    gaaronson@aspalaw.com,
  5408891420@filings.docketbird.com;lbenavides@aspalaw.com
- **Adrian J Alvarez**    adrian@dbaalaw.com
- **Robert C. Arnold**    bob@thevictorialawgroup.com,
  bankruptcy@thevictorialawgroup.com
- **John Arrastia**    jarrastia@continentalpllc.com, hgray@continentalpllc.com
- **David W Baddley**    baddleyd@sec.gov
- **Steven L Beiley**    stevenlbeileypa@gmail.com, 5386491420@filings.docketbird.com
- **Alexandra D Blye**    ablye@carltonfields.com,
  kcasazza@carltonfields.com;kathompson@carltonfields.com;wpbecf@cfdom.net
- **John C. Brock**    bk@exllegal.com, jcb@exllegal.com
- **Michael S Budwick**    mbudwick@melandbudwick.com,
  ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;mbudwick@ecf.courtdrive.co
  m;ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Dennis M. Campbell**    dcampbell@campbellmiami.com,
  mjohnson@campbellmiami.com,ranthony@campbellmiami.com,service@campbellmiam
  i.com
- **Francis L. Carter, Esq.**    flc@flcarterpa.com, Leslie_feliciano1@yahoo.com
- **Daniel DeSouza**    ddesouza@desouzalaw.com, hthomas@desouzalaw.com
- **Bertis A Echols**    bechols@evanspetree.com, crecord@evanspetree.com
- **Robert K Eddy**    reddy@e-rlaw.com, bcruz@e-rlaw.com
- **Heidi A Feinman**    Heidi.A.Feinman@usdoj.gov
- **Jonathan S. Feldman**    feldman@katiephang.com, service@katiephang.com
- **Jeremy R Firth**    jfirth@mrthlaw.com,
  ycandia@mrthlaw.com;gruiz@mrthlaw.com;ecfnotices@mrthlaw.com;mrthbkc@gmail.c
  om
- **Daniel N Gonzalez**    dgonzalez@melandbudwick.com,
  ltannenbaum@melandbudwick.com;mrbnefs@yahoo.com;gonzalez@ecf.courtdrive.com;
  ltannenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Jordi Guso**    jguso@bergersingerman.com,
  fsellers@bergersingerman.com;efile@bergersingerman.com;efile@ecf.courtdrive.com
- **John L. Heller**    john.heller@marcumllp.com, fl03@ecfcbis.com
- **Andrew R Herron**    aherron@homerbonner.com, abarrios@homerbonner.com
- **Linda W Jackson**    LJACKSON@PARDOJACKSON.COM,
  sramos@pardojackson.com;mfuentes@pardojackson.com
- **Zachary N James**    zjames@melandrussin.com,
  ltannenbaum@melandrussin.com;mrbnefs@yahoo.com;zjames@ecf.courtdrive.com;ltan
  nenbaum@ecf.courtdrive.com;phornia@ecf.courtdrive.com
- **Soneet Kapila**    trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com
- **Soneet Kapila**    trustee@kapilaco.com, ecf.alert+Kapila@titlexi.com

EXHIBIT A

- **Matthew S Kish**    matt@lubliner-law.com,
  rmorales@sbwh.law;r65072@notify.bestcase.com
- **Richard C Klugh**    rickklu@aol.com
- **Gerard M Kouri Jr.**    gmkouripaecf@gmail.com, gmkouri@bellsouth.net
- **Gary Kovacs**    gkovacs@fwblaw.net
- **John D Linder**    j.david.linder@gmail.com
- **Laudy Luna**    ll@lgplaw.com, de@lgplaw.com
- **Joshua A Marcus**    jmarcus@melandrussin.com,
  ltannenbaum@melandrussin.com;mrbnefs@yahoo.com
- **Etan Mark**    emark@bergersingerman.com, eservice@markmigdal.com
- **Jerry M Markowitz**    jmarkowitz@mrthlaw.com,
  ycandia@mrthlaw.com,rrubio@mrthlaw.com,mrthbkc@gmail.com,gruiz@mrthlaw.com,
  markowitzjr73991@notify.bestcase.com,jmarkowitz@ecf.courtdrive.com,msalazar@mrt
  hlaw.com
- **Aleida Martinez Molina**    aleida@axslawgroup.com
- **Brian M Mckell**    brian.mckell@qpwblaw.com, kmccrary@moundcotton.com
- **Robert C Meyer**    meyerrobertc@cs.com,
  rcmeyer@gmail.com;assistantrcmpa@gmail.com;assistantrcmpa@yahoo.com;Assistantr
  cmpa@aol.com
- **Miami-Dade County Tax Collector's Office**    mdtcbkc@miamidade.gov
- **Perry D. Monioudis**    pmonioudis@bellsouth.net
- **Lynne M Murphy**    lynne.m.murphy@usdoj.gov, Southern.Taxcivil@usdoj.gov
- **Ronald G Neiwirth**    rgn@lubellrosen.com, maria@lubellrosen.com
- **David A Nunez**    david@nunez-law.com
- **Office of the US Trustee**    USTPRegion21.MM.ECF@usdoj.gov
- **Paul L. Orshan**    paul@orshanpa.com, seelenams@gmail.com
- **Kathleen S Phang**    kphang@bergersingerman.com,
  linda@katiephang.com;service@katiephang.com
- **Jennifer H Pinder**    Jennifer.pinder@myfloridalegal.com,
  zivile.rimkevicius@myfloridalegal.com,angela.godbey@myfloridalegal.com
- **Patricia A Redmond**    predmond@stearnsweaver.com,
  jmartinez@stearnsweaver.com;mfernandez@stearnsweaver.com
- **Eric A Rosen**    erosen@fowler-white.com, VFoutz@fowler-
  white.com,CAfilings@fowler-white.com;agebert@fowler-white.com
- **Steven H. Rothstein**    steverothstein@miamibeachfl.gov
- **Luis Salazar**    Luis@Salazar.Law, luis-salazar-
  4791@ecf.pacerpro.com;Ceide@salazar.law;Lee-
  Sin@Salazar.Law;Suarez@Salazar.Law;Lorenzo@Salazar.Law;MSalazar@Salazar.Law
- **Martin L Sandler**    martin@sandler-sandler.com
- **Jeffrey N Schatzman**    notices@schatzmanlaw.com,
  g2251@notify.cincompass.com;schatzman.jeffreyn.b105574@notify.bestcase.com
- **Steven D Schneiderman**    Steven.D.Schneiderman@usdoj.gov
- **Matthew H Scott**    mhs@trippscott.com, bankruptcy@trippscott.com
- **Patrick S Scott**    pssftl@gmail.com

- **Eric J Silver**    esilver@stearnsweaver.com,
  jless@stearnsweaver.com;fsanchez@stearnsweaver.com;cgraver@stearnsweaver.com;mf ernandez@stearnsweaver.com
- **Steven I Silverman**    ssilverman@klugerkaplan.com, clong@klugerkaplan.com
- **Alaina B Siminovsky**    asiminovsky@zarcolaw.com
- **Paul Steven Singerman**    singerman@bergersingerman.com,
  efile@bergersingerman.com;efile@ecf.courtdrive.com
- **Brian F Spector**    brian@bspector.com
- **Jonathan W Taylor**    JonathanTaylor@FloridaSalesTax.com
- **Melinda S Thornton**    melinda.thornton@outlook.com
- **Victor H Veschio**    BANKRUPTCY@GIBBLAW.COM,
  VVESCHIO@GIBBLAW.COM

Label Matrix for local noticing
113C-1
Case 11-17075-RAM
Southern District of Florida
Miami
Tue Apr  1 21:28:29 EDT 2025

Bank of America, N.A..
c/o Victor H. Veschio      NEF
2001 W. Kennedy Blvd
Tampa, FL 33606-1532

CCH Housing, LLC
c/o Michael P Cohen
400 Broome St
New York, NY 10013-3238

CNH Industrial Capital America LLC
c/o Robert K Eddy          NEF
320 W Kennedy Blvd #700
Tampa, FL 33606-1459

City of Miami Beach
Office of the City Attorney
c/o Steven H. Rothstein    NEF
1700 Convention Center Dr 4 Floor
Miami Beach, FL 33139-1819

Core Development Holdings Corporation
c/o Abbey Kaplan-Kluger Kaplan, P.L.
201 S. Biscayne Blvd., 17th Floor
Miami, Fl 33131-4329

InnoVida Holdings, LLC
c/o Mark S. Meland, Receiver   NEF
Meland Russin & Budwick, PA
200 S. Biscayne Blvd., Ste 3000
Miami, FL 33131-2305

InnoVida MRD, LLC
c/o Mark S. Meland, Receiver
Meland Russin & Budwick, PA   NEF
200 S. Biscayne Blvd., Ste 3000
Miami, FL 33131-2305

InnoVida Services, Inc.
c/o Mark S. Meland, Receiver
Meland Russin & Budwick, PA   NEF
200 S. Biscayne Blvd., Ste 3000
Miami, FL 33131-2305

InnoVida Southeast, LLC
c/o Mark S. Meland, Receiver   NEF
Meland Russin & Budwick, PA
200 S. Biscayne Blvd., Ste 3000
Miami, FL 33131-2305

Intec, Inc.
c/o Kluger Kaplan          NEF
201 S. Biscayne Blvd., Suite 1700
Miami, Fl 33131-4329

Kalimba Ltd.
c/o Orshan, P.A.           NEF
One Southeast Third Avenue
Suite 1445
Miami, FL 33131-1726

Martin Weiss and Margaret Weiss Partnership
c/o Eric J. Silver         NEF
Stearns Weaver Miller
150 W Flagler St
Ste 2200
Miami, FL 33130-1545

Mercedes Benz Credit Corporation
c/o Bert Echols
1000 Ridgeway Loop #200    NEF
Memphis, TN 38120-4036

Mercedes-Benz Financial Svcs USA LLC
c/o Bert Echols
1000 Ridgeway Loop Road #200   NEF
Memphis, TN 38120-4036

Miami-Dade County Tax Collector's Offic
Miami-Dade County Tax Collector's O
Priscilla Windley
140 West Flagler Street
Suite 1403
Miami, FL 33130-1575

Millport Associates S/A
c/o Gary W. Kovacs, Esq.
1875 NW Corporate BLVD #100   NEF
Boca Raton, FL 33431-8550

Official Committee of Unsecured Creditors of
c/o Luis Salazar, Esq.
Infante Zumpano           NEF
500 S. Dixie Highway
Suite 302
Coral Gables, FL 33146-2768

VT Inc as Trustee for World Omni LT
c/o Matthew H. Scott
110 SE 6th St 15 Flr       NEF
Fort Lauderdale, FL 33301-5004

VT Inc.
c/o Matthew Scott, Esquire
110 SE 6 St #15 FL         NEF
Fort Lauderdale, FL 33301-5004

A Active Free Zone Cargo, Inc.
2315 NW 107TH AVE 1M02
BOX 55
MIAMI, FL 33172-2164

AT&T Mobility
PO Box 6463
Carol Stream, IL 60197-6463

AT&T Services Inc.
James Grudus, Esq.
One AT&T Way, Room 3A218
Bedminster, NJ 07921-2693

Advanced Messengers
2980 W 84 St Ste 6
Hialeah, FL 33018-4916

Airgas South, Inc.
PO Box 532609
Atlanta, GA 30353-2609

Akerman Senterfitt
350 E Las Olas Blvd, No 1600
Fort Lauderdale, FL 33301-4247

Akerman Senterfitt
POB 4906
Orlando, FL 32802-4906

Albemarle Corporation
Attn: Vick Hurston
451 Florida Street
Baton Rouge, LA 70801-1724

Albemarle Corporation
PO Box 281365
Atlanta, GA 30384-1365

Albert Barthelemy
8025 SW 91 Ave
Miami, FL 33173-4181

EXHIBIT B

Alejandro Chavez
925 NW 82 Ave #114
Miami, FL 33126-2728

Alejandro Chavez
925 NW 82nd Ave., Apt 114   DUP
Miami, FL 33126-2728

All In One Group
182 East 57 St.
Miami, FL 33133

Allied Environment
Attn.: Steven Coker, Sr., VP
4465 E Genesee St, Ste 128
Dewitt, NY 13214-2229

Ally Financial Inc. f/k/a GMAC Inc.
P.O. Box 130424
Roseville, MN 55113-0004

American Express - Costco
PO 360002
Fort Lauderdale, FL 33336

American Express Bank FSB
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

American Express Business Platinum
PO 360002
Fort Lauderdale, FL 33336

American Express Centurion
P.O. Box 360001
Fort Lauderdale, FL 33336-0001

American Express Centurion Bank
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

American Fasteners Corp.
7323 NW 66th St
Miami, FL 33166-3009

Amicorp (Cyprus) Ltd.
1 Avlonos Dt
Maria House
Nicosia 1075
CYPRUS

Ana Fernandez
17325 NW 67 Ct #L
Hialeah, FL 33015-5832

Arle Compressor
10650 NW South River Dr
Miami, FL 33178-1105

Ashland Chemical
PO Box 116735
Atlanta, GA 30368-6735

Ashland Composites
PO Box 116735
Atlanta, GA 30368-6735

Ashland Inc
Collection Dept
POB 2219
Columbus OH 43216-2219

Automatic Data Proc. Tax Filing Service
400 W. Covina Blvd.
San Dimas, CA 91773-2976

AvMed Health Plans
1800 Pembrook Dr, Ste 190
Orlando, FL 32810-6372

Avanti Products
10880 NW 30 St
Miami, FL 33172-2189

B Stone
95 Merrick Way, Suite 440
Miami, FL 33134-5310

BGR Group
601 13th St NW
The Homer Building 11 FL S
Washington, DC 20005-3807

Bank of America
P.O. Box 15102
Wilmington, DE 19886-5548

Bank of America
P.O. Box 851001
Dallas, TX 75285-1001

Bank of America, N.A.
P. O. Box 26012
NC4-105-03-14
Greensboro, NC 27420-6012

BankUnited
7815 Northwest 148th Street
Miami Lakes, FL 33016-1554

BankUnited
Mrtgage Payment Division
P.O. Box 538613
Atlanta, GA 30353-8613

Barbara Paez
7781 NW 169 Terrace
Miami Lakes, FL 33016-8424

Bared & Associates, P.A.
201 Alhambra Circle #601
Coral Gables, FL 33134-5199

Barry E. Mukamal
One S.E. Third Ave 10 FL
Miami, FL 33131-1700

Bellsouth Telecommunsions, Inc.
AT&T Services Inc.
James Grudus, Esq.
One AT&T Way, Room 3A218
Bedminster, NJ 07921-2693

Bernie Carballo
129 Commodore Dr
Jupiter, FL 33477-4005

(p)DSNB MACY S
CITIBANK
1000 TECHNOLOGY DRIVE MS 777
O FALLON MO 63368-2239

Board of County Comm
Miami Dade Fire Dept
9300 N.W. 41st St
Miami, FL 33178-2312

Bridgefield Employers Insurance Company
c/o Dale G. Jacobs, P.A.
PO Box 2537
Lakeland, FL 33806-2537

Bridgefrield Employers Insurance Company
PO Box 988
Lakeland, FL 33802-0988

CCH Housing LLC
c/o Adrian J. Alvarez        NEF
Haliczer Pettis & Schwamm PA
1 Financial Plaza 7th Fl
Ft. Lauderdale FL 33394-0015

CCH Housing, LLC
c/o Scott Underwood, Esq.
Fowler White Boggs
501 East Kennedy Blvd
Suite 1700
Tampa, FL 33602-5239

CHARLES H. GELMAN, P.A.
25 SE 2 AVENUE
SUITE 1025
MIAMI FL 33131-1604

CMN Steel Fabricators, Inc.
7993 NW 60 Street
Miami, FL 33166-3410

CNH Capital America LLC d/b/a
Maserati Financial Services
c/o Robert K. Eddy, Esquire     NEF
808 W. DeLeon Street
Tampa, FL 33606

Carballo Ventures, Ltd.
129 Commodore Dr
Jupiter, FL 33477-4005

Carlos Boozer
c/o David A. Nunez, Esq.
Meyer & Nunez, P.A.       NEF
150 W. Flagler St.
Suite 2700
Miami, FL 33130-1520

Century Everglades, LLC
225 SW 2nd Ave
Homestead, FL 33030-7018

Charles H. Gelman, P.L.
25 S.E. 2 Avenue
Suite 1025
Miami, FL 33131-1604

Chase
P.O. Box 15153
Wilmington, DE 19886-5153

Chase Bank USA, N.A.
PO Box 15145
Wilmington, DE 19850-5145

Chris Korge
10355 SW 67 Ave
Miami, FL 33156-3201

Chris Korge
230 Palermo Ave
Coral Gables, FL 33134-6606

Chris Korge
c/o Kendall Coffey
Coffey Burlington
2699 S Bayshore Dr Ph
Miami, FL 33133-5428

Cindy Boozer
c/o David A. Nunez, Esq.
Meyer & Nunez,P.A.        NEF
150 W. Flagler St.
Suite 2700
Miami, FL 33130-1520

Citi Aadvantage
PO Box 6062
Sioux Falls, SD 57117

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Citibank Checking Plus
Citbank Client Services
PO Box 769013
San Antonio, TX 78245-9013

Citibank Platinum Mastercard
PO Box 6062
Sioux Falls, SD 57117

City of Miami Beach
c/o Steven H. Rothstein, Esq.     NEF
1700 Convention Center Drive, 4th Floor
Miami Beach, FL 33139-1824

City of NMB Beach
City Hall, Cust Service
17011 NE 19 Ave
Miami, FL 33162-3111

Cleve Edmond
6319 NW 13 Pl
Miami, FL 33147-8003

Coastal Construction Products, Inc.
660 N.W. 85th St
Miami, FL 33150-2560

Cole-Parmer Instrument Company
625 East Bunker Court
Vernon Hills, IL 60061-1844

Composites One, LLC
c/o Carol Kroll
85 W. Algonquin Road
Suite 600
Arlington Heights, IL 60005-4421

Concentra
PO Box 82549
Atlanta, GA 30354-0549

Cooperative Housing Foundation
Attn: David A. Weiss, Pres and CEO
8601 Georgia Ave, Ste 800
Silver Springs, MD 20910-3440

Core Development Holdings Corporation
1001 NW 163 Dr
Miami, FL 33169-5817

Core Development Holdings Corporation
c/o Abbey Kaplan, Esq.
Kluger Kaplan, P.L.
201 S. Biscayne Blvd., 17th Floor
Miami, Florida 33131-4329

Craig Toll
1224 NW 140 Terr
Pembroke Pines, FL 33028-2369

Crane Composites
23525 W Eames
Channahon, IL 60410-5603

Crea Fill Fibers Corporation
10200 Worton Road
Chestertown, MD 21620-3545

Crossco America Corporation
5883 N.W. 37th Ave
Miami, FL 33142-2009

DHL Express (USA) Inc.
1210 S. Pine Island Road
Plantation, FL 33324-4402

DRC Emergency Services, LLC
Attn: Robert Isakson
740 Museum Dr
Mobile, AL 36608-1940

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Deltana Enterprises, Inc.
10820 NW 29 St
Miami, FL 33172-2149

Demand Products
1055 Nine North Dr
Alpharetta. GA 30004-5528

Department Stores National Bank/Bloomingdale
Bankruptcy Processing
PO Box 8053
Mason, OH 45040-8053

Dependable Packaging & Solutions, Inc.
PO Box 694720
Miami, FL 33269-1720

Duany Plater-Zyberk & Company
1023 SW 25th Ave
Miami, FL 33135-4824

Duany Plater-Zyberk & Company, LLC
Joseph S Sheerin, McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4003

Dyplast Products LLC
Attn: Linda Fanelle
12501 NW 38 Ave.
Miami, FL 33054-4543

E & T Plastics of Florida, Inc.
2830 NW 55th Court
Ft Lauderdale, FL 33309-2545

Eastern Engineering Group
3401 NW 82 Ave
Miami, FL 33122-1180

Eastman Machine Company
779 Washington Street
Buffalo, NY 14203-1396

Edward Spath
C/o Dale F Webner, Esq.
Miller & Webner, P.A.
P.O. Box 266947
Fort Lauderdale, FL 33326-6947

Electrical Supplies Inc.
13395 NW 107 Ave
Miami, FL 33178-1206

Elliott Company of Indianapolis Inc.
9200 Zionsville Rd
Indianapolis, IN 46268-1081

Elliott Company of Indianapolis Inc.
Euler Hermes ACI
Agent of Elliott Co of Indianapolis Inc
800 Red Brook Blvd
Owing Mills,MD 21117-5173

Emex Inc
7829 NW 72 Avenue
Miami, FL 33166-2215

Ernst & Young
PO Box 933514
Atlanta, GA 31193-3514

Estes Express
3901 West Broad Street
Richmond, VA 23230-3962

Estes Forwarding Worldwide, LLC
c/o Thomas Ringel, Esq.
Markowitz,Ringel,Trusty & Hartog,PA
9130 S. Dadeland Blvd. #1800
Miami, FL 33156-7858

Euler Hermes ACI
Agent of Elliott Co of Indianapolis Inc
800 Red Brook Blvd
Owing Mills,MD 21117-5173

Euler Hermes USA
600 S 7 St
Louisville, KY 40203-1968

EverBank
Dept 1608
Denver, CO 80291-1608


Everbank Commerical Finance
10 Waterview Blvd
Parsippany, NJ 07054-1286

FIA Card Services, N.A. as successor to
Bank of America, N.A. (USA)
and MBNA America Bank, N.A.
PO Box 15102
Wilmington, DE 19886-5102

FIA Card Services, NA as successor in intere
Bank of America NA and MBNA America Bank
1000 Samoset Drive
DE5-023-03-03
Newark, DE 19713-6000


Fast Forward Leasing
Fast Forward Digital Solutions
PO Box 660831
Dallas, TX 75266-0831

Fedex
PO Box 660481
Dallas, TX 75266-0481

Felix Storch, Inc.
770 Garrison Ave
Bronx, NY 10474-5603


Ferguson International
9439 W Commercial Blvd.
Tamarac, FL 33351-4384

Fidelity & Marine, Inc.
15476 NW 77 Court
Miami Lakes, FL 33016-5823

First Forward Leasing
12201 SW 128 Ct, #107
Miami, FL 33186-6425


Florida Department of Revenue
Bankruptcy Section
P.O. Box 6668
Tallahassee, FL 32314-6668

Florida State Security, Inc.
6221 Pembroke Road
Hollywood, FL 33023-2215

Fonality, Inc.
200 Corporate Pointe, #300
Culver City, CA 90230-7631


GIEK KREDITTFORSIKRING AS
c/o Thomas Ringel, Esq.
9130 S. Dadeland Blvd. #1800
Miami, FL 33156-7858

GNS Technologies
PO Box 402293
Atlanta, GA 30384-2293

GNS Technologies LLC
Dilworth Paxson LLP
457 Haddonfield Road # 700
Cherry Hill, NJ 08002-2221


GNS Technologies, LLC
Dilworth Paxson LLP
Attn: Scott Freedman
457 Haddonfield Road #700
Cherry Hill, NJ 08002-2221

Gaia Ltd.
c/o Paul L. Orshan, P.A.
150 Alhambra Cir, Suite 1150
Coral Gables, FL 33134-4542

Gail Sandler Reiss
c/o Mark E. Pollack, Esq.
800 Douglas Rd, Ste 450
North Tower
Coral Gables, FL 33134-3189


Garfield Chevannes
1761 NW 191 St
Miami Gardens, FL 33056-3338

Gary Sandler
c/o Mark E. Pollack, Esq.
800 Douglas Rd, Ste 450 North Tower
Coral Gables, FL 33134-3189

General Hauling
c/o Franklin D. Kreutzer, Esq.
3041 NW 7 St, Ste 100
Miami, FL 33125-4216


Gide Loyrette Nouel Dn. Hiz Gide Loyrette No
Attn: Vaessa E. Tollis, Esq.
120 West 45th Street NY NY 10036-4041

Gilbert Harb
9108 Colonial Road Apt. F7
Brooklyn, NY 11209-6126

Glenford Rawlins
2311 NW 174 Terr
Miami, FL 33056-4628


Glenford Rawlins
3021 NW 163rd Street
Opa Locka, FL 33054-6415

Global Fluid Connectors
13170 NW 43 Avenue
Opa Locka, FL 33054-4423

Graybar
PO Box 403062
Atlanta, GA 30384-3062

Greatamerica Financial Services Corporation
PO Box 609
Cedar Rapids, IA 52406-0609

Gulfstream Fire Sprinklers, Inc.
5001 East 10th Avenue
Hialeah, FL 33013

Hand in Hand for Haiti
c/o Isicoff, Ragatz & Koenigsberg
1200 Brickell Avenue, Suite 1900
Miami, FL 33131-3257

Harlan Waksal
Waksal Consulting LLC
7 North Willow St
Montclair NJ 07042-3591

Hellmann Worldwide Logistics, Inc.
10450 NW 41 St, Ste 100
Miami, FL 33178-2373

Holland & Knight
PO Box 864084
Orlando, FL 32886-4084

Holland & Knight LLP
701 Brickell Ave., No. 3000
Miami, FL 33131-2847

Howard Eisley
c/o David A. Nunez, Esq.
Meyer & Nunez, P.A.        NEF
150 W. Flagler ST., Suite 2700
Miami, FL 33130-1520

Hurricane Engineering & Testing
6120 NW 97 Avenue
Miami, FL 33178-1600

Igus, Inc.
PO Box 14349
East Providence, RI 02914-0349

Importadoras Ebo, C.A.
Madrices A Marron, No. 22
Pza. Catedral, Municipio Liberador
Dtto, Capital Caracas
VENEZUELA

InnoVida 401(k) Plan
US Dept. of Labor -EBSA
1000 S. Pine Island Road, Suite 100
Plantation, FL 33324-3904

Instrum Justita AS International
c/o Thomas Ringel
9130 South Dadeland Blvd., Suite 1800
Miami, FL 33156-7858

Internal Revenue Service
Insolvency Unit
P.O. Box 7346
Philadelphia, PA 19101-7346

JB Legal Consultants
P.O. Box 487177
Dubai UNITED ARAM EMIRATES

JELD-WEN, Inc.
401 Harbor Isles Blvd
Klamath Falls, OR 97601-1099

Javier Carbi
10441 NW 56 Terr
Miami, FL 33178-2679

Jeb Bush & Associates, LLC
The Biltmore Hotel & Conference Center
1200 Anastasia Ave, Ste 500
Coral Gables, FL 33134-6380

Jeld-Wen, Inc.
12421 NW 39 St
Coral Springs, FL 33065-2416

Jonathan Lee
4330 Brumby Lane
Cumming, GA 30041-1928

Joseph S Sheerin, McGuire Woods LLP
One James Center
901 East Cary Street
Richmond, VA 23219-4003

KalimbaLtd
c/o Paul L. Orshan, P.A.    NEF
150 Alhambra Circle, Suite 1150
Coral Gables, FL 33134-4542

Kaufman & Rossin Co.
2699 S. Bayshore Drive
Miami, FL 33133-5421

Klingspor Abrasives, Inc.
POBOX 2367
HICKORY, NC 28603-2367

Kobi Karp Architecture Interior Design
2915 Biscayne Blvd Suite 200
Miami, FL 33137-4197

Kohl Marketing, Inc.
PO BOX 20134
BALTIMORE, MD 21284-0134

LS. VanLandingham, III
12921 Bridger Dr
Germantown, MD 20874-3992

Lazaro Cabrera
391 W 32 St
Hialeah, FL 33012-5319

Lev Alexander
c/o Andrew D. Zaron, Esq.
DLA Piper LLP (US)
200 South Biscayne Blvd., Suite 2300
Miami, FL 33131-5341

Lev Alexander LLC
c/o Andrew D. Zaron, Esq.
DLA Piper LLP (US)
200 Biscayne Blvd., Suite 2300
Miami, FL 33132-2219

Lewis Carness
10920 SW 105 Ave
Miami, FL 333176-3435

Lopez Professional Engineering LLC
525 SW 63rd Ave
Miami, FL 33144-3846

Louvers International
849 Church Ct
Elmhurst, IL 60126-1036

MOHAMMED MACHHOUR HATEM MOUKADDEM
c/o Daniel F. Benavides, Esq.
Kozyak Tropin & Throckmorton, LLP
2525 Ponce de Leon Blvd., 9th Floor
Miami, FL 33134-6039

Marc Iacovelli and Intec Inc.
C/o Kluger Peretz Kaplan
201 S Biscayne Blvd Fl 17
Miami, FL 33131-4329

Mark S. Meland, Chapter 11 Trustee
c/o Michael S. Budwick, Esquire    NEF
Meland Russin & Budwick, P.A.
200 S. Biscayne Blvd., Ste 3000
Miami, FL 33131-2305

Mark S. Meland, Receiver
c/o Michael S. Budwick, Esquire
Meland Rssin & Budwick, P.A.    NEF
200 S. Biscayne Blvd., Ste 3000
Miami, FL 33131-2305

Martin Serrano Importadores Edo, C.A.
Madrices A Marron, No 22
Pza. Catedral Municipio Liberatador
Caracas, VENEZUELA

Martin Weiss and
Margaret Weiss Partnership
8207 Callaghan Rd
Ste 400
San Antonio, TX 78230-4799

Maseriti Finance
250 Sylvan Avenue
Englewood Cliffs, NJ 07632-2527

Matt Remy
205 River Island Circle
St Augustine, FL 32095-8073

McGrath Property Services
7521 NW 72nd Avenue
Miami, FL 33166-2434

Mercedes Benz Financial
1000 Ridgeway Loop #200
Memphis TN 38120-4036

Mercedes Benz Financial
Trustee Payment
P.O. Box 9001683
Louisville, KY 40290-1683

Metallic Products LLC
4365 NW 128 Street
Opa Locka, FL 33054-5123

Miami Dade Fire Dept
9300 N.W. 41st St
Miami, FL 33178-2312

Miami-Dade Tax Collector
140 West Flagler Street
Miami, FL 33130-1575

Millport Associates S/A
Frank, Weinberg & Black, P.L.
Lynn Financial Center
1875 NW Corporate Blvd., Suite 100
Boca Raton, FL 33431-8550

Mr. Lift Truck, Inc.
10450 SW 187 Terrace
Miami, FL 33157-6727

Mytre Investments, LLLP
3109 Grand Avenue
PMB 447
Miami, FL 33133-5103

NTA, Inc.
POBox 490
Nappanee, IN 46550-0490

Nanette Riemer
2821 NE 163 St #3Q
N Miami Beach, FL 33160-4431

Neighborhood Health Partnership
PO Box 580046
Charlotte, NC 28258-0046

Neiman Marcus
P.O. Box 5235
Carol Stream, IL 60197-5235

Neutral Sea, LLC
8400 NW 25 St Ste 100
Doral, FL 33122-1530

New Pig
P.O. Box 490
Tipton, PA 16684-0304

New Pig Corp.
One Prk Ave
Tipton, P A 16684-9001

Nizar Ghoussainy
Beirut LEBANON

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204    NEF
Miami, FL 33130-1614

Officemax Incorporated
263 Shuman Blvd.
Naperville, IL 60563-7700

Omega Engineering, Inc.
P.O. Box 405369
Atlanta, GA 30384-5369

Outlook Check Cashing, Inc.
d/b/a United Check Cashing
c/o A. Norman Drucker, Esq.
801 NE 167 St, Ste #305
North Miami Beach, FL 33162-3729

Overseas Private Investment Corporation
ATTN: Financial Management
1100 New York Ave
Washington, DC 20527-0003

P & G Landscaping
7081 Taft Street, No 159
Hollywood, FL 33024-3803

PGT Industries, Inc.
PO Box 1529
Nokomis, FL 34274-1529

Physicians Health Center-NMB
20535 N.W. 2nd Avenue
Miami, FL 33169-2547

Pistorino & Alam Consulting Engs, Inc.
7171 SW 62 Ave
Miami, FL 33143-4723

Pitney Bowes Inc.
P.O. Box 371896
Pittsburgh, PA 15250-7896

Precision Fabrics Group, Inc.
301 N Ellm St
Greensbo, NC 27401-2185

Premium Assignment Corporation
PO Box 8000
Tallahassee, FL 32314-8000

Purchase Power
PO Box 371874
Pittsburgh, PA 15250-7874

Raul Rosenbaum
1842 SW 15 Street
Miami, FL 33145-1425

ReeriCenter
7101 NW 43 St
Miami, FL 33166-6829

Renner, Otto, Boisselle & Sklar, LLP
1621 Euclid Ave., 19th Floor
Cleveland, OH 44115-2193

Rolando Navarro
Deleted Per DE #13949

Royal Caribbean Cruises LTD c/o John J. Quic
1050 Caribbean Way
Miami, FL 33132-2028

Ryan Freedman
400 Brome St 11 FL
New York, NY 10013-3283

Ryan Freedman
c/o Bruce Loren & Associates
2000 Palm Beach Lakes Blvd., Suite 501
West Palm Beach, Florida 33409-6504

Ryan Freedman
c/o Steven R. Tanenbaum, Esq. Solomon &
707 Westerchester Ave, Ste 205
White Plains, NY 10604-3154

Ryder Truck Rental
P.O. Box 402366
Atlanta, GA 30384-2366

Ryder Truck Rental Inc.
Attn: Jennifer Morris
6000 Windward Parkway
Alpharetta, GA 30005-8882

SWJ Engineering GmbH;
Germany Im Leuschnerpark 4
64347 GriesheimlHess Germany

Sanjay Suchak
c/o Alice K. Sum
Fowler White Burnett, PA
1395 Brickell Ave., 14th Floor
Miami, FL 33131-3371

Scott R Morris
c/o Mark E. Pollack, Esq.
800 Douglas Rd, Ste 450
North Tower
Coral Gables, FL 33134-3189

Scott R. Morris
501 South Swwtwater Cove Blvd
Longwood FL 32779-3338

Scott Shealy
2153 E Solitude Ct
Boise, ID 83712-7575

Sergio Molina
13954 SW 154 St
Miami, FL 33177-0937

(p)THE SHERWIN WILLIAMS COMPANY
ATTN BANKRUPTCY LEGAL DEPARTMENT
1100 MIDLAND
101 WEST PROSPECT AVENUE
CLEVELAND OH 44115-1093

Shutts & Bowen LLP
1500 Miami Center
201 S Biscayne Blvd. Miami, FL 33131-430

Sling Broadband, LLC
2700 N State Rd 7
Hollywood, FL 33021-2700

SonyCard
P.O. Box 15153
Wilmington, DE 19886-5153

South East Toyota Finance
PO Box 70831
Charlotte, NC 28272-0831

Southeast Toyota
P.O. Box 70831
Charlotte, NC 28272-0831

Southeastern Freight Lines
P.O. Box 100104
Columbia, SC 29202-3104

Squire Sanders and Dempsey (US) LLP
Daryl Lawson, Credit Manager
1500 W. 3rd Street, Suite 450
Cleveland, OH 44113-1420

Staples Advantage
PO Box 95708
Chicago, IL 60694-5708

Staples, Inc.
Attn: Daneen Kastanek
1 Environmental Way
Broomfield CO 80021-3415

Structural Composites, Inc.
7705 Technology Drive
Melbourne, FL 32904-1576

(p)SUBURBAN PROPANE LP
ATTN CREDIT & COLLECTIONS
240 ROUTE 10 WEST
WHIPPANY NJ 07981-2105

SunTrust Bank
Attn: Support Services
PO Box 85092
Richmond, VA 23285-5092

(p)SUNBELT RENTALS INC
ATTN BETH MONTGOMERY
1799 INNOVATION POINT
FORT MILL SC 29715-4556

Sunbelt Tool Rental
PO Box 409211
Atlanta, GA 30384-9211

TCF Equipment Finanace
15933 Clayton Road, #200
Ballwin, MO 63011-2172

TamieKing
5991 Pine Terrace
Ft Lauderdale, FL 33317-1344

Terrance Clayton
2807 NW 87 Terr
Miami, FL 33147

Terremark North America, Inc.
Attn: Legal Department
One Biscayne Tower
2 S. Biscayne Blvd., # 2800
Miami, FL 33131-1802

The CIT Group/Commercial Services, Inc.
11 West 42nd Street
New York, NY 10036-8002

The Denison Corp.
560 Lincoln Road, Ste 204
Miami Beach, FL 33139-2906

The E Group Inc.
72 Pleasant Ridge Road
Harrison, NY 10528-1212

Thomas Morgan
C/O Schatzman & Schatzman, P.A.
9990 S.W. 77th Ave
Penthouse 2
Miami, Florida 33156-2661

Timberline International, Inc.
Attn: Rhonda Dawkins
PO Box 1225
Brewton, AL 36427-1225

Torr Technologies, Inc.
1435 22nd St NW
Auburn, WA 98001-3330

Toyota Finance Services
19001 S. Western Avenue
Torrance, CA 90501

Toyota Motor Credit Corporation
c/o Becket and Lee LLP
POB 3001
Malvern  PA 19355-0701

Toyota Motor Credit Corporation (TMCC)
PO BOX 8026
Cedar Rapids, Iowa 52408-8026

Traeger Brothers & Associates, Inc.
12405 SW 130 Street
Miami, FL 33186-6210

Transworld Systems, NC
flkI/a NCO Financial Systems, Inc.
507 Prudential Rd
Horsham, PA 19044-2308

Treval Clare
1271 NW 191 St
Miami Gardens, FL 33169-3466

Troy A. Von Otnott
2473 N. Rampart Street
New Orleans, LA 70117-7835

Tyrell Knight
315 NW 3 Ct
Hallandale, FL 33009-3349

U.S. Securities and Exchange Commission
801 Brickell Avenue, Suite 1800
Miami, Florida 33131-4901

U.S. Securities and Exchange Commission
Atlanta Regional Office
950 East Paces Ferry Road NE Suite 900
Atlanta, GA 30326-1382

UPS
P.O. Box 7247-0244
Philadelphia, PA 19170-0001


UPS Int'l Package Services
28013 Network Place
Chicago, IL 60673-1280

Uline
2200 South Lakeside Drive
Waukegan, IL 60085-8311

United Health Care Insur Co
c/o Rachel A Smith
Credit & Delinquency Management
185 Asylym St, 03B
POB 150450
Hartford, CT 06115-0450


United Healthcare Insurance Co.
Dept. CH 10151
Palatine, IL 60055-0151

United Site Services of Fla, Inc.
PO Box 660475
Dallas, TX 75266-0475

United Site Services, Inc.
50 Washington St #1000
Westborough, MA 01581-1167


United States Trustee
51 SW 1 Ave., Room 1204
Miami, FL 33130-1614

Universal Engineering Sciences
3532 Maggie Blvd.
Orlando, FL 32811-7404

University of Miami Hospital
P.O. Box 740734
Cincinnati, OH 45274-0743


VT Inc. as Trustee of World Omni LT
PO Box 991817
Mobile, AL 36691-8817

Valerie Hernandez
4414 Pierce St
Hollywood, FL 33021-5951

Walter Rest
238 SW 50 Street
Miami, FL 33155


Waste Management
POB 105453
Atlanta, GA 30348-5453

Waste Management -RMC
2625 W. Grandview Rd., Ste 150
Phoenix, AZ 85023-3109

Wendy Corrales
13050 SW 80th St
Miami, FL 33183-4283


Wholesale Building Products
3050 N 29th Ct
Hollywood, FL 33020-1317

YRC
P.O. Box 905587
Charlotte, NC 28290-0001

Zarco Einhorn Salkowski & Brito, P.A.
Miami Tower
100SE 2nd Street, 27th Floor
Miami, FL 33131


Zephyrhills Direct
PO Box 856680
Louisville, KY 40285-6680

ally
Payment processing Center
PO Box 78234
Phoenix, AZ 85062-8234

Amarilis Moran Osorio
3201 NE 183 St  #508
Aventura, FL 33160-2488


Chris Korge
C/o Herron Jacobs Ortiz
1401 Brickell Ave.; Suite 840
Miami, FL 33131-3502

Claudio Eleazar Osorio
Federal Prison Camp
Claudio Osorio #01273-104
POB 779800
Miami, FL 33177-9800

Eduard Spath
c/o Dale F Webner
P.O. Box 266947
Weston, FL 33326-6947


Edward J Estrada
Reed Smith LLP
599 Lexington Ave
New York, NY 10022-6030

Eric Rubin
3613 N 29th Ave
Hollywood, FL 33020-1003

Francis L. Carter
Katz Barron Squitero Faust
2699 S. Bayshore Dr., 7th FL
Miami, FL 33133-5425

Gary R Trugman
1776 N Pine Island Rd #314
Plantation, FL 33322-5235

Harry Stampler
Stampler Auctions
1914 Tigertail Blvd
Dania Beach, FL 33004-2128

Jared A Margolis
c/o Ronald G. Neiwirth          NEF
Boyd & Jenerette, P.A.
801 Brickell Avenue
Suite 1440
Miami, FL 33131-4901

John L. Heller
450 E Las Olas Blvd # 950
Fort Lauderdale, FL 33301-4200

Lamar P. Fisher
619 East Atlantic Blvd
Pompano Beach, FL 33060-6343

Linda Jackson
Infante Zumpano
500 S. Dixie Highway, Suite 302
Coral Gables, FL 33146-2768

Marc Iacovelli
c/o Kluger Kaplan          NEF
201 S. Biscayne Blvd., Suite 1700
Miami, Fl 33131-4329

Mark S. Meland, Receiver of InnoVida Entitie
Michael S. Budwick, Esq.
Meland Russin & Budwick, P.A.          NEF
200 S. Biscayne Blvd.
Suite 3000
Miami, FL 33131-2305

Robert C. Arnold Esq.
1200 Brickell Ave #1450          NEF
Miami, FL 33131-4100

Sanjay Suchak
c/o Ronald G. Neiwirth, Esq.
Alice Sum, Esq.          NEF
1395 Brickell Avenue
14th Floor
Miami, FL 33131-3371

Soneet Kapila
www.kapilatrustee.com          NEF
PO Box 14213
Ft Lauderdale, FL 33302-4213

Soneet Kapila
c/o Kapila & Company
1000 South Federal Highway          NEF
Suite 200
Fort Lauderdale, FL 33316-1237

Soneet R Kapila
POB 14213          NEF
Ft. Lauderdale, FL 33302-4213

Steven L Beiley
Aaronson Schantz Beiley P.A.
2 S Biscayne Blvd 34 Fl
Miami, FL 33131-1806

Thomas H Morgan
c/o Jeffrey N. Schatzman
9990 SW 77th Avenue          NEF
Penthouse 2
Miami, FL 33156-2661

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Bloomingdales
PO Box 183083
Columbus, OH 43218-3083

Citi Flex Line
PO Box 183113
Columbus, OH 43218-3113

(d)Citibank, N.A.
Payment Center
4740 121st St
Urbandale, IA 50323

Dell Financial Services
PO Box 81577
Austin, TX 78708-1577

Sherwin-Williams Company
101 Prospect Ave., N.W.
Cleveland, OH 44115

Suburban Propane
PO Box 889248
Atlanta, GA 30356-1248

Sunbelt Rentals
2341 Deerfield Dr
Ft Mill, SC 29715-8298

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.